**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-8056**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEROLD LEE DAVIS, a/k/a Jerry G. Davies, a/k/a
Arnold Lietzey, a/k/a Gerold L. Davis, a/k/a
John Reid, a/k/a Jerry Davies, a/k/a Gerald K.
Davis,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  G. Ross Anderson, Jr., District
Judge.  (CA-97-2007-8-13, CR-93-429)

_____

Submitted:  April 25, 2002          Decided:  May 2, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerold Lee Davis, Appellant Pro Se.  Marvin Jennings Caughman,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerold Lee Davis appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking reconsideration of the district court's order denying his motion to modify his sentence. We have reviewed the record and the district court opinion and find no reversible error. The district court's order also denies relief on Davis' recusal motion. Davis does not challenge this portion of the district court's order. Therefore, this issue is not preserved for appeal. 4th Cir. R. 34(b). Accordingly, we affirm on the reasoning of the district court. United States v. Davis, Nos. CA-97-2007-8-13; CR-93-429 (D.S.C. Oct. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2